IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 98-cr-520-PJM |
| : | |
| DUSTIN JOHN HIGGS : | |

## NOTICE

Defendant DUSTIN JOHN HIGGS, by and through undersigned counsel, respectfully files this Notice to inform the Court of other litigation pending with respect to Mr. Higgs's convictions and death sentences, and with respect to the legality of current execution procedures.

1. Mr. Higgs's appeal of the denial of his petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his § 924(c) convictions under *United States v. Davis*, 139 S. Ct. 2319 (2019), and *Johnson v. United States*, 576 U.S. 591 (2015), is pending in the Seventh Circuit Court of Appeals. *Higgs v. Watson*, No. 20-2129. Under an extension requested by the Government, its brief is due on November 25, 2020, while Mr. Higgs's reply brief is due by December 16, 2020.

2. Mr. Higgs intervened in litigation in the District Court for the District of Columbia challenging the Federal Bureau of Prisons' execution protocol. *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 1:19-mc-00145-TSC. The district court dismissed most of Mr. Higgs's claims, but the District of Columbia Court of Appeals yesterday reversed in part, holding that the Eighth Amendment challenge to the protocol survives the motion to dismiss. *In re Federal Bureau of Prisons' Execution Protocol Cases*, No. 20-5329, 2020 WL

6750375, *9 (D.C. Cir. Nov. 18, 2020). In addition, Mr. Higgs's as-applied challenge to the protocol remains pending in district court. His response to the Government's motion to dismiss is due on November 20, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew C. Lawry | /s/ Stephen H. Sachs |
| Matthew C. Lawry | Stephen H. Sachs |
| Federal Community Defender Office | Roland Park Place |
|   for the Eastern District of Pennsylvania | 830 W. 40th Street, Apt. 864 |
| Curtis Center, Suite 545-West | Baltimore, MD 21211 |
| 601 Walnut Street | (410) 243-4589 |
| Philadelphia, PA 19106 | stephenhsachs@gmail.com |
| 215-928-0520 | |
| Matthew_Lawry@fd.org | |

Dated: November 19, 2020

## CERTIFICATE OF SERVICE

I, Stephen H. Sachs, hereby certify that on this 19th day of November, 2020, I electronically filed the foregoing document using the Court's CM/ECF system. Electronic notice will be provided to the following individuals:

Sandra Wilkinson
Debra Dwyer
Office of the United States Attorney
36 S. Charles St., Fourth Floor
Baltimore, MD 21201

Sujit Raman
Office of the United States Attorney
6500 Cherrywood Lane, Ste. 400
Greenbelt, MD 20770

James Crowell, IV
United States Department of Justice
Executive Office for United States Attorneys
950 Pennsylvania Ave., NE, Room 2443
Washington, DC 20530

/s/ Stephen H. Sachs
Stephen H. Sachs