# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Crim. No. PJM 98-520** |
| | * | |
| **DUSTIN JOHN HIGGS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## NOTICE

The United States of America, by and through undersigned counsel, hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General and in accordance with 28 C.F.R. Part 26, has scheduled the execution of Dustin John Higgs for January 15, 2021.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: ____/s/_____
Sandra Wilkinson
Assistant United States Attorney
U.S. Attorney's Office
  For the District of Maryland
36 S. Charles St.
Baltimore, MD 21201
410-209-4921

Certificate of Service

I hereby certify that on this 20th day of November, 2020 I caused a true and correct copy of the foregoing to be emailed to counsel of record for the Defendant.

__/s/_____
Sandra Wilkinson